**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1828

DAVID PATRICK BLEVINS,

Plaintiff - Appellant,

v.

KATHI VIDAL; KEISHA MORRIS; BRIANA ROBINSON; TIMOTHY P. CALLAHAN,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Beth P. Gesner, Magistrate Judge.  (1:22-cv-02360-BPG)

Submitted:  June 13, 2024                              Decided:  June 17, 2024

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Patrick Blevins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Patrick Blevins appeals the magistrate judge's order dismissing his civil complaint against members of the United States Patent and Trademark Office, his former employer, for lack of subject matter jurisdiction and for failure to state a claim upon which relief could be granted.[*]  We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. *Blevins v. Vidal*, No. 1:22-cv-02360-BPG (D. Md. June 22, 2023).  We also deny Blevins' motion for consideration of new evidence on appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to proceed before a magistrate judge.  28 U.S.C. § 636(c).